2020 OCT 16 PM 4:17
FILED - USDC - NH

FILED - USDC -NH
2020 OCT 16 PM 4:17

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE: *EX PARTE* APPLICATION FOR *EX PARTE*
ORDER TO DISCLOSE RETURNS, RETURN
INFORMATION, AND TAXPAYER RETURN
INFORMATION

No.

MOTION TO SEAL AT LEVEL II:
EX PARTE APPLICATION FOR ORDER FOR
DISCLOSURE OF INCOME TAX RETURNS; THE RESULTING
ORDER; THIS MOTION; & CORRESPONDING DOCKET TEXT ENTRIES

The United States of America respectfully moves to seal at Level II the Ex Parte Application for an Order for Disclosure of Income Tax Returns and Return Information, including any Order that may issue, this Motion, and the corresponding docket text entries for one year, expiring on October 13, 2021, on the following grounds:

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Ex Parte Application and any Order that may issue contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the Ex Parte Application reveals the identities of the targets of the investigation and some of the evidence investigators have uncovered supporting reason to believe that the targets are involved in criminal activity. Investigators believe that the targets are unaware that they are considered to be suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying the targets and the

Motion To Seal Ex Parte Application to Disclose Tax Records and Associated Documents
Page 2 of 2

evidence against them be released, it may cause the targets to flee, destroy evidence, or

change their patterns of behavior.

                                                Respectfully submitted,

                                                SCOTT W. MURRAY
                                                United States Attorney

Dated: October 15, 2020                By: /s/
                                    for Georgiana L. MacDonald
                                                Assistant United States Attorney
                                                New Hampshire Bar No. 685375
                                                United States Attorney's Office
                                                53 Pleasant Street, 4th Floor
                                                Concord, NH   03301
                                                (603) 225-1552
                                                Georgiana.MacDonald@usdoj.gov

Motion    ☐ Granted    ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
Date: