UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

IN RE: *EX PARTE* APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE RETURNS, RETURN INFORMATION, AND TAXPAYER RETURN INFORMATION

1:20-mc-87-AJ

**ORDER FOR DISCLOSURE OF INCOME**
**TAX RETURNS AND RETURN INFORMATION**

The Court having received and considered the Application of the United States for an Ex Parte Order, pursuant to Title 26, United States Code, Section 6103(i), directing the Internal Revenue Service to disclose certain returns and return information (including any collection file and examiner's file) in connection with the above-referenced investigation, and good cause appearing, the Court FINDS:

1. There is reasonable cause to believe, based upon information believed to be reliable, that violations of federal criminal statutes, namely, 18 U.S.C. §1960, 18 U.S.C. § 225, and 18 U.S.C. § 1344 have occurred;

2. There is also reasonable cause to believe that the returns and return information are or may be relevant to a matter related to the commission of such acts;

3. The returns and return information are sought exclusively for use in a federal criminal proceeding concerning such acts; and

4. The information sought cannot reasonably be obtained, under the circumstances, from another source.

5. Applicant, United States Attorney Scott W. Murray and Assistant United States

Attorney Georgiana L. MacDonald are employees of the United States Department of Justice and are primarily and directly engaged in, and the information sought is solely for her use in, prosecuting the above-mentioned violations of 18 U.S.C. §1960, 18 U.S.C. § 225, 18 U.S.C. § 1344 and related offenses.

It is therefore ordered that the Internal Revenue Service:

1.   Disclose such returns and return information (including any collection file and examiner's file) of:

>   Ian Freeman A.K.A Ian Bernard
>   DOB: 08-02-1980
>   SSN: 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
>
>   Colleen Fordham
>   DOB: 01/31/1961
>   SSN: 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
>
>   Renee LeBlanc
>   DOB: 07/27/1997
>   SSN: 02-80-6978
>
>   Nobody A.K.A. Richard Paul
>   DOB: 12/5/1968
>   SSN: 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
>
>   Mark Edgington
>   DOB: 02/16/1971
>   SSN: 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
>
>   Christopher Rietmann
>   DOB: 02/11/1964
>   SSN: 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
>
>   Shire Free Church
>   UNKNOWN EIN
>
>   Shire Free Church Monadnock
>   UNKNOWN EIN

2

Church of the Invisible Hand
UNKNOWN EIN

for the taxable periods 2014 through 2019, as have been filed and are on file with the Internal Revenue Service;

2. Certify where returns and return information described above have not been filed or are not on file with the Internal Revenue Service that no such returns or return information have been filed or are on file;

3. Disclose such returns and return information and make such certification only to United States Attorney Scott Murray, Assistant United States Attorney MacDonald, any Assistant or Special Assistant United States Attorney that is assigned by United States Attorney Murray to prosecute or litigate matters relating the investigation, and any other law enforcement personnel who may participate in the investigation.

4. Disclose no returns or return information not described above.

It is further ordered that applicant Georgiana L. MacDonald, Assistant U.S. Attorney, and any officer or employee of any federal agency who may be subsequently assigned in this matter shall use the returns and return information disclosed solely in prosecuting the above-mentioned violations of 18 U.S.C. §1960, 18 U.S.C. § 225, and 18 U.S.C. § 1344, and such other violations of any federal criminal statutes, except those involving tax administration, although presently unknown, as are discovered, and preparing the matter for trial, and that no disclosure be made to any person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)(1).

10/22/2020
_____
(Date)

_Andrea K. Johnstone_

3